**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _Maine_
(State)

Case number (*If known*): _26-_____   Chapter _11_

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**   Asticou Hospitality, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Asticou Inn
   The Asticou Hotel
   _____

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   ___ — _____
   EIN

5. **Debtor's address**

   **Principal place of business**

   15         Peabody Drive
   Number    Street

   _____

   Northeast Harbor    ME    04662
   City                State   ZIP Code

   Hancock
   County

   **Mailing address, if different**

   2     Livewell Drive, Suite 201
   Number   Street

   _____
   P.O. Box

   Kennebunk           ME   04043
   City                State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____

   _____
   City              State   ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor  Asticou Hospitality, LLC  Case number (if known) 26-_____
        _____Name_____

---

**6. Debtor's website (URL)**  asticoumaine.com

---

**7. Type of debtor**
- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: _____

---

**8. Type of debtor's business**

Check one:
- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

---

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- [x] No
- [ ] Yes. Debtor _____   Relationship _____
      District _____  Date filed _____  Case number, if known _____
                            MM / DD / YYYY

      Debtor _____   Relationship _____
      District _____  Date filed _____  Case number, if known _____
                            MM / DD / YYYY

---

### Part 3: Report About the Case

**10. Venue**

Check one:
- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- [x] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 2

Debtor  Asticou Hospitality, LLC                                Case number (*if known*) 26-___
        Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Castropor LLC | Goods/ services provided | $45,302.27 |
| THE Glass Guy Inc. | Goods/services prov. | $58,583.45 |
| Somi, Inc. | Goods/services prov. | $84,589.90 |
|  | Total of petitioners' claims | $192,004.53* |

* See Continuation page

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Castropor LLC
Name

10 Mill Brook Road   Unit 9
Number   Street

Saco         ME         04072
City         State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Charles E Summers, III
Name

Same
Number   Street

_____
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02  11 2026
             MM / DD / YYYY

X  /s/ Charles E Summers III, Member
Signature of petitioner or representative, including representative's title

**Attorneys**

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City       State       ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Debtor  Asticou Hospitality, LLC
      Name

Case number (if known) 26-___

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Homestead Flooring, Inc. | Goods/Services | $ 3,528.91 |
| | | $ |
| | | $ |

\* Continuation page

Total of petitioners' claims   $ _____

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number  Street _____

City _____ State _____ ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
      MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Printed name _____

Firm name, if any _____

Number  Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
      MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual

Debtor  Asticou Hospitality, LLC  
Name

Case number (if known) 26-_____

---

**Name and mailing address of petitioner**

The Glass Guy Inc.  
Name

8 Riverside Drive  
Number   Street

Biddeford          ME        04005  
City              State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

John Bergeron  
Name

8 Riverside Drive  
Number   Street

Biddeford          ME        04005  
City              State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02 / 11 / 2026  
             MM / DD / YYYY

✗ /s/ John Bergeron, President  
Signature of petitioner or representative, including representative's title

---

Printed name _____

Firm name, if any _____

Number   Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____  
Signature of attorney

Date signed _____  
           MM / DD / YYYY

---

**Name and mailing address of petitioner**

Somi, Inc.  
Name

191 North Street  
Number   Street

Saco              ME        04072  
City              State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Jay St. John  
Name

Same  
Number   Street

_____  
City              State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02 / 11 / 2026  
             MM / DD / YYYY

✗ /s/ Jay St. John, President  
Signature of petitioner or representative, including representative's title

---

Randy J Creswell Esq.  
Printed name

Creswell Law  
Firm name, if any

PO Box 7340  
Number   Street

Portland      ME  04112  
City          State   ZIP Code

207-358-1010   rcreswell@creswelllaw.com  
Contact phone       Email

Bar number  8962

State  ME

✗ /s/ Randy J Creswell  
Signature of attorney

Date signed  02/11/2026  
             MM / DD / YYYY

---

Official Form 205          Involuntary Petition Against a Non-Individual          page 4

| | |
|---|---|
| Debtor  Asticou Hospitality, LLC | Case number (if known) 26- |
| Name | |

### Name and mailing address of petitioner

**Name:** Homestead Flooring, Inc.

**Number Street:** 720 US Route One

**City:** Yarmouth   **State:** ME   **ZIP Code:** 04096

### Name and mailing address of petitioner's representative, if any

**Name:** Larry Stoddard

**Number Street:** Same

**City:** _____   **State:** _____   **ZIP Code:** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02 / 11 / 2026
           MM / DD / YYYY

✘ /s/ Larry Stoddard, President
Signature of petitioner or representative, including representative's title

**Printed name:** _____

**Firm name, if any:** _____

**Number Street:** _____

**City:** _____   **State:** _____   **ZIP Code:** _____

**Contact phone:** _____   **Email:** _____

**Bar number:** _____

**State:** _____

✘ _____
Signature of attorney

Date signed _____
           MM / DD / YYYY

---

### Name and mailing address of petitioner

**Name:** _____

**Number Street:** _____

**City:** _____   **State:** _____   **ZIP Code:** _____

### Name and mailing address of petitioner's representative, if any

**Name:** _____

**Number Street:** _____

**City:** _____   **State:** _____   **ZIP Code:** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

**Printed name:** _____

**Firm name, if any:** _____

**Number Street:** _____

**City:** _____   **State:** _____   **ZIP Code:** _____

**Contact phone:** _____   **Email:** _____

**Bar number:** _____

**State:** _____

✘ _____
Signature of attorney

Date signed _____
           MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 5