# United States Bankruptcy Court
## District of Maine

In re:

    Asticou Hospitality, LLC
    dba Asticou Inn
    dba The Asticou Hotel

Case No.: 26-20030

Chapter: 11

    Debtor

### SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11, United States Code was filed against you on February 11, 2026 In this bankruptcy court, requesting an order for relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

> Address of Clerk:
>     Monica Bigley, Clerk
>     U.S. Bankruptcy Court
>     202 Harlow St., 3rd Floor
>     Bangor, ME 04401

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

> Name and Address of Petitioner's Attorney:
>     Randy J. Creswell, Esq.
>     Creswell Law
>     PO Box 7340
>     Portland, ME 04112

If you make a motion, your time to serve an answer is governed by Fed. R. Bankr. P. 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.**

_____
Monica Bigley
Clerk of the Bankruptcy Court

Date: February 11, 2026

**U.S. Bankruptcy Court**
District of Maine

## CERTIFICATE OF SERVICE

I, __Randy J Creswell, Esq.__, certify that I am, and at all times during the service of process was,
     (name)
not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made by: __February 11, 2026__
     (date)

[X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
> Asticou Hospitality, LLC, Attn: Jeffrey S. Zduncyzk, Esq., Clerk/Registered Agent, PO Box 468, Biddeford, ME 04005

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:
>
>

[ ] Residence Service: By leaving the process with the following adult at:
>
>

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
>
>

[ ] Publication: The defendant was served as follows: [Describe briefly]
>

[ ] State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]     (name of state)
>

Under penalty of perjury, I declare that the foregoing is true and correct.

__February 11, 2026__             __/s/ Randy J. Creswell, Esq.__
Date                               Signature

| | |
|---|---|
| Print Name: | Randy J. Creswell, Esq. Creswell Law |
| Business Address: | PO Box 7340 Portland, ME 04112 |
| City: | State:    Zip: |