## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ASTICOU HOSPITALITY, LLC, ) | Case No. 26-20030 MAF |
| ) | (Involuntary Proceeding) |
| Debtor. ) | |

### PETITIONING CREDITORS' NOTICE OF
### LACK OF CONTEST OF INVOLUNTARY PETITION

NOW COME Petitioning Creditors, Somi, Inc., Castropor LLC, The Glass Guy Inc., and Homestead Flooring, Inc. (collectively, "Petitioning Creditors"), pursuant to 11 U.S.C. § 303(h) and Federal Rules of Bankruptcy Procedure 1011 and 1013(b), and hereby provide notice that Involuntary Debtor, Asticou Hospitality, LLC ("Involuntary Debtor"), has failed to timely controvert Petitioning Creditors' Chapter 11 Involuntary Petition Against a Non-Individual, dated February 11, 2026 (D.E. 1) ("Involuntary Petition").

Petition Creditors therefore request that the Court issue an order for relief against Involuntary Debtor under Chapter 11 of the United States Bankruptcy Code (the "Code").

In support of this Notice, Petitioning Creditors state as follows.

### I. Constitutional and Statutory Authority, Jurisdiction, and Venue

1. This Court possesses Constitutional authority to issue final orders and judgments in this proceeding, it has jurisdiction pursuant to 28 U.S.C. § 1334(b), this is a statutorily-core proceeding under 28 U.S.C. § 157(b)(2)(A) and (O), and venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. Facts

2. On February 11, 2026 ("Filing Date"), Petitioning Creditors commenced this bankruptcy case under Chapter 11 of the Code against Involuntary Debtor through the filing of the Involuntary Petition.

3. On February 11, 2026, the Clerk of the Court issued a Summons to Debtor in Involuntary Case (D.E. 2) ("Involuntary Summons").

4. Pursuant to the Involuntary Summons and Federal Rule of Bankruptcy Procedure 1011(b), Involuntary Debtor was required to file in this case an answer, motion, or other response to the Involuntary Petition within 21 days after service of the Involuntary Summons.

5. On February 11, 2026, Petitioning Creditors served the Involuntary Summons and Involuntary Petition upon Involuntary Debtor in accordance with Federal Rule of Bankruptcy Procedure 1010(a) and 7004(b)(3). *See* Certificate of Service, dated February 11, 2026 (D.E. 10).

6. The deadline for Involuntary Debtor to file a motion or answer controverting or otherwise contesting the Involuntary Petition was March 4, 2026.

7. As of March 5, 2026, Involuntary Debtor has failed to contest or controvert the Involuntary Petition through the filing of a motion, answer, or other response in accordance with the Code and applicable rules of procedure. *See* 11 U.S.C. § 303(h); Federal Rule of Bankruptcy Procedure 1011(a), (b), (c).

## III. Discussion

8. Section 303(h) of the Code provides, in part, as follows: "If the [involuntary] petition is not timely controverted, the court shall order relief against the debtor in an involuntary case under the chapter under which the petition was filed." 11 U.S.C.A. § 303(h).

9. Given the foregoing facts, applicable rules of procedure, and § 303(h) of the Code, Petitioning Creditors request that the Court issue an order for relief against Involuntary Debtor under Chapter 11 at this time, and that the Court grant Petitioning Creditors such other relief as may be just and equitable under the circumstances.

Dated: March 5, 2026

/s/ Randy J. Creswell
Randy J. Creswell, Esq.
Counsel for Petitioning Creditor,
Somi, Inc.

CRESWELLLAW
PO Box 7340
Portland, ME  04112
207.358.1010
rcreswell@creswelllaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that today I served copies of the above Notice and this Certificate of Service, upon each of the parties listed on the Notice of Electronic Filing via the Court's Administrative Procedures Governing the Filing and Service by Electronic Means (unless otherwise set forth below).

Dated: March 5, 2026

                                            /s/ Randy J. Creswell
                                            Randy J. Creswell, Esq.
                                            Counsel for Petitioning Creditor,
                                            Somi, Inc.

CRESWELLLAW
PO Box 7340
Portland, ME  04112
207.358.1010
rcreswell@creswelllaw.com

**Service List**

Asticou Hospitality, LLC (via U.S. Mail)
Attn: Jeffrey S. Zdunczyk, Esq., Clerk/Registered Agent
PO Box 468
Biddeford, ME  04005

Asticou Hospitality, LLC (via U.S. Mail)
2 Livewell Drive, Suite 201
Kennebunk, ME 04043

Castropor LLC (via email and U.S. Mail)
10 Mill Brook Road
Unit 9
Saco, ME 04072

Homestead Flooring, Inc. (via email and U.S. Mail)
720 US Route One
Yarmouth, ME 04096

The Glass Guy Inc. (via email and U.S. Mail)
8 Riverside Drive
Biddeford, ME 04005