**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>Asticou Hospitality, LLC,<br><br>Debtor | Chapter 11 (Involuntary)<br>Case No. 26-20030 |

**ORDER FOR RELIEF IN AN INVOLUNTARY CASE UNDER CHAPTER 11**

On consideration of the petition filed on February 11, 2026, against the above-named debtor, an order for relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code) is granted.

Dated: March 5, 2026

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine

1