## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **ASTICOU HOSPITALITY, LLC** ) | |
| ) | **Chapter 11** |
| ) | |
| ) | **Case No. 26-20030** |
| **Debtor.** ) | |
| ) | |

### <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that, in above-captioned bankruptcy proceeding, the undersigned attorney appears as counsel for Asticou Hospitality, LLC, and requests that all notices given or required to be given in this bankruptcy proceeding and all papers served in this bankruptcy proceeding be given to and served upon:

Emma Bond, Esq.
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 Middle Street
P. O. Box 9729
Portland, ME  04104-5029
(207) 774-1200
ebond@bernsteinshur.com

Dated: March 6, 2026          */s/ Emma Bond*
Emma Bond, Esq.
BERNSTEIN, SHUR, SAWYER & NELSON, P.A
100 Middle Street, P. O. Box 9729
Portland, Maine 04104-5029
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
ebond@bernsteinshur.com

1

## <u>CERTIFICATE OF SERVICE</u>

I, Emma Bond, being over the age of eighteen and an attorney with Bernstein, Shur, Sawyer & Nelson, P.A. of Portland, Maine, hereby certify that on this date, I electronically filed the *Notice of Appearance* which was served on the parties listed via CM/ECF.

Dated: March 6, 2026

*/s/ Emma Bond*
Emma Bond, Esq.
BERNSTEIN, SHUR, SAWYER & NELSON, P.A
100 Middle Street, P. O. Box 9729
Portland, Maine 04104-5029
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
ebond@bernsteinshur.com