**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>Asticou Hospitality, LLC,<br><br>     Debtor | Chapter 11<br>Case No. 26-20030 |

**ORDER SETTING CASE STATUS CONFERENCE**
**AND STATEMENT DEADLINE**

The Court will hold a status conference in this case on April 30, 2026, at 1:00 p.m., at the United States Bankruptcy Court, 202 Harlow Street, Bangor, Maine.   *See* 11 U.S.C. § 105(d). Parties may participate in the status conference in person in the Bangor Courtroom, by video from the Portland Courtroom, or by telephone.

Further, on March 27, 2026, the Court entered an order granting the debtor authority to sell substantially all of its assets [Dkt. No. 99].   Within three business days after the closing of that sale, the debtor must file either the itemized statement described in Federal Rule of Bankruptcy Procedure 6004(f)(1) or the settlement statement from the closing.   The debtor's filing must also indicate the amount of net proceeds from the sale that the debtor is holding in escrow (in relation to paragraph 6 of the order permitting the sale).

Dated: March 30, 2026

                                                          _____
                                                          Michael A. Fagone
                                                          United States Bankruptcy Judge
                                                          District of Maine

1